Certificate Number: 13858-PAM-DE-034235250

Bankruptcy Case Number: 20-00486


13858-PAM-DE-034235250

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 15, 2020</u>, at <u>3:27</u> o'clock <u>PM CDT</u>, <u>Antoin Newman</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 15, 2020</u>     By: <u>/s/Karlee Ann Reardon</u>

Name: <u>Karlee Ann Reardon</u>

Title: <u>Counselor</u>