Certificate Number: 13858-PAM-DE-034235249

Bankruptcy Case Number: 20-00486


13858-PAM-DE-034235249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2020, at 3:27 o'clock PM CDT, Chantese Newman completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  March 15, 2020          By:     /s/Karlee Ann Reardon

                               Name:   Karlee Ann Reardon

                               Title:  Counselor